IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| D.R. HORTON, INC. – NEW JERSEY, | § § § | No. 216, 2025 |
| Plaintiff/Counterclaim Defendant Below, Appellant, | § § § § | Court Below–the Court of Chancery of the State of Delaware |
| v. | § § | C.A. No. 2024-0070 |
| BUNTING MACKS, LLC and ROXANA ROAD, LLC, | § § § | |
| Defendants/Counterclaim Plaintiffs Below, Appellees. | § § | |

Submitted: November 19, 2025
Decided: December 4, 2025

Before **TRAYNOR**, **LEGROW**, and **GRIFFITHS**, Justices.

## <u>ORDER</u>

After careful consideration of the parties' briefs and the record on appeal, we find it evident that the Court of Chancery's Final Order dated April 15, 2025 should be affirmed on the basis of and for the reasons stated in its Order dated November 22, 2024.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice